# EXHIBIT "F"

## REDACTED

# EXHIBIT "G"

## REDACTED

# EXHIBIT "H"

## REDACTED

# EXHIBIT "I"

## REDACTED

# EXHIBIT "J"

## REDACTED

# EXHIBIT "K"

## REDACTED

# EXHIBIT "L"

## REDACTED