IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RAPHAEL CLAVELL : CIVIL ACTION
:
v. :
:
MIDLAND FUNDING LLC : NO. 10-3593

ORDER

AND NOW, this 21st day of June, 2011, upon consideration of plaintiff's amended motion for class certification (docket entry # 28), defendant's amended response (docket entry # 30), plaintiff's motion for leave to file a reply (docket entry # 31), defendant's motion for leave to file supplemental briefing in support of its opposition to plaintiff's amended motion for class certification (docket entry # 32), and plaintiff's response to that motion (docket entry # 33), and for the reasons articulated in the accompanying Memorandum, it is hereby ORDERED that:

1. Plaintiff's motion for class certification is DENIED;

2. Plaintiff's motion for leave to file a reply (docket entry # 31) is GRANTED;

3. The Clerk of Court shall DOCKET plaintiff's reply, which is attached to his motion at Exhibit 1;

4. Defendant's motion for leave to file supplemental briefing in support of its opposition to plaintiff's amended motion for class certification (docket entry # 32) is DENIED;

5. The parties shall COMPLETE all remaining discovery by August 22, 2011;

6. The parties shall FILE any motions for summary judgment by September 16, 2011, with responses thereto by October 7, 2011;

7. The parties may FILE any replies, not to exceed ten pages in length, by October 14, 2011;

8. The Clerk of Court shall TRANSFER this case from our Active docket to our Civil Suspense docket pending the parties' submissions of any motions for summary judgment; and

9. Further scheduling shall ABIDE disposition of any motions for summary judgment.

BY THE COURT:

\_\_\s\Stewart Dalzell